IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERNEST PORTER,           )
                         )
        Plaintiff,       )    Civil Action No. 09-549
                         )    Judge Ambrose
v.                       )    Magistrate Judge Bissoon
                         )
JEFFREY A. BEARD, et al.,)
                         )
        Defendants.      )

## MEMORANDUM ORDER

Ernest Porter's complaint pursuant to 42 U.S.C. §1983 was submitted to the Court on May 6, 2009, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on February 3, 2010, recommended that Plaintiff's Motion for Preliminary Injunction (Doc. 45) be denied. A copy of the Report was sent by First Class United States Mail to Plaintiff's place of confinement. Objections were due on or before February 17, 2010, but none have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 31st day of March, 2010,

IT IS HEREBY ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc. 45) is DENIED.

The Report and Recommendation of Magistrate Judge Bissoon (Doc. 47), dated February 3, 2010, is adopted as the opinion of the court.

                                              s/Donetta W. Ambrose
                                              Donetta W. Ambrose
                                              United States District Court Judge

cc:
ERNEST PORTER
AY-7434
SCI Greene
175 Progress Drive
Waynesburg, PA 15370