IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST PORTER, | ) |
| Plaintiff, | ) Civil Action No. 09-549 |
| v. | ) Senior Judge Ambrose |
| | ) Magistrate Judge Bissoon |
| JEFFREY A. BEARD, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Plaintiff Ernest Porter ("Plaintiff") is an inmate at the State Correctional Institution at Greene ("SCI-Greene") who has filed a civil rights action pursuant to the provisions of 42 U.S.C. § 1983.

On August 30, 2010, Plaintiff filed a motion to compel discovery, (Doc. 69). Finding that the motion was repetitive of an earlier motion, which had been denied, the magistrate judge denied Plaintiff's motion to compel on January 6, 2011. (Doc. 79).

Upon review of the filings in this case, including the order of January 6, 2011, (Doc. 79), and Plaintiff's objections thereto (Doc. 81), this Court determines that the magistrate judge's order was neither clearly erroneous nor contrary to law.

AND NOW, this 29th day of Aug, 2011,

IT IS HEREBY ORDERED that Plaintiff's objections (Doc. 81) are OVERRULED and DISMISSED.

BY THE COURT:

s/Donetta W. Ambrose
DONETTA W. AMBROSE
SENIOR UNITED STATES DISTRICT JUDGE

cc:
counsel of record